**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

**NORTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

Chapter you are filing under:

- ☑ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

12/17

The bankruptcy forms use you and Debtor 1 to refer to a debtor filing alone. A married couple may file a bankruptcy case together--called a joint case--and in joint cases, these forms use you to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be yes if either debtor owns a car. When information is needed about the spouses separately, the form uses Debtor 1 and Debtor 2 to distinguish between them. In joint cases, one of the spouses must report information as Debtor 1 and the other as Debtor 2. The same person must be Debtor 1 in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:   Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name** Write the name that is on your government-issued picture identification (for example, your driver's license or passport). Bring your picture identification to your meeting with the trustee. | **James** First Name  **P.** Middle Name  **Lofton** Last Name  **Jr.** Suffix (Sr., Jr., II, III) | First Name  Middle Name  Last Name  Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years** Include your married or maiden names. | First Name  Middle Name  Last Name | First Name  Middle Name  Last Name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – _6_ _0_ _9_ _7_ OR 9xx – xx – ____ ____ ____ ____ | xxx – xx – ____ ____ ____ ____ OR 9xx – xx – ____ ____ ____ ____ |

Debtor 1    **James P. Lofton, Jr.**                                              Case number (if known)

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4.** **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and doing business as names

☑ I have not used any business names or EINs.

Business name

Business name

Business name

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

☐ I have not used any business names or EINs.

Business name

Business name

Business name

EIN __ __ – __ __ __ __ __ __ __

EIN __ __ – __ __ __ __ __ __ __

**5.** **Where you live**

**825 North Christiana Avenue**
Number    Street

**Chicago                    IL      60651**
City                    State    ZIP Code

**Cook**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                    State    ZIP Code

If Debtor 2 lives at a different address:

Number    Street

City                    State    ZIP Code

County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to you at this mailing address.

Number    Street

P.O. Box

City                    State    ZIP Code

**6.** **Why you are choosing this district to file for bankruptcy**

*Check one:*

☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

**Part 2:    Tell the Court About Your Bankruptcy Case**

**7.** **The chapter of the Bankruptcy Code you are choosing to file under**

*Check one:* (For a brief description of each, see Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).  Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7

☐ Chapter 11

☐ Chapter 12

☐ Chapter 13

Debtor 1　**James P. Lofton, Jr.** _____　Case number (if known) _____

| 8. | How you will pay the fee | ☑ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address. |
|---|---|---|

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the Application for Individuals to Pay The Filing Fee in Installments (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the Application to Have the Chapter 7 Filing Fee Waived (Official Form 103B) and file it with your petition.

| 9. | Have you filed for bankruptcy within the last 8 years? | ☑ No |
|---|---|---|

☐ Yes.

District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　 MM / DD / YYYY

District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　 MM / DD / YYYY

District _____　When _____　Case number _____
　　　　　　　　　　　　　　　　　 MM / DD / YYYY

| 10. | Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate? | ☑ No |
|---|---|---|

☐ Yes.

Debtor _____　Relationship to you _____

District _____　When _____　Case number,
　　　　　　　　　　　　　　　　　 MM / DD / YYYY　 if known

Debtor _____　Relationship to you _____

District _____　When _____　Case number,
　　　　　　　　　　　　　　　　　 MM / DD / YYYY　 if known

| 11. | Do you rent your residence? | ☐ No.　Go to line 12. |
|---|---|---|

☑ Yes.　Has your landlord obtained an eviction judgment against you?

　　☑ No.　Go to line 12.
　　☐ Yes.　Fill out Initial Statement About an Eviction Judgment Against You (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1 __James P. Lofton, Jr._____  Case number (if known) _____

## Part 3:   Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☑ No.  Go to Part 4.
☐ Yes.  Name and location of business

_____
Name of business, if any

_____
Number     Street

_____

_____  _____  _____
City                          State     ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of small business debtor, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☑ No.  I am not filing under Chapter 11.

☐ No.  I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.  I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

## Part 4:   Report If You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

☑ No
☐ Yes.  What is the hazard?

_____

If immediate attention is needed, why is it needed?

_____

Where is the property? _____
                       Number     Street

_____

_____  _____  _____
City                          State     ZIP Code

Debtor 1     **James P. Lofton, Jr.** _____     Case number (if known) _____

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
| --- | --- |

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

    ☐ **Incapacity.**   I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

    ☐ **Disability.**   My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

    ☐ **Active duty.**   I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **James P. Lofton, Jr.**                                        Case number (if known) _____

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
| --- | --- |

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No.  Go to line 16b.
☒ Yes.  Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No.  Go to line 16c.
☐ Yes.  Go to line 17.

**16c.** State the type of debts you owe that are not consumer or business debts.

_____

**17. Are you filing under Chapter 7?**

☐ No.  I am not filing under Chapter 7.  Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

☒ Yes.  I am filing under Chapter 7.  Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☒ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☒ 50-99
☐ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☒ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code.  I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.


X **/s/ James P. Lofton, Jr.**_____        X _____
James P. Lofton, Jr., Debtor 1                          Signature of Debtor 2


Executed on **05/01/2018**_____                 Executed on _____
MM / DD / YYYY                                            MM / DD / YYYY

Debtor 1    **James P. Lofton, Jr.** _____    Case number (if known) _____

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

**X** **/s/ Roland Schlosser** _____    Date **05/01/2018** _____
Signature of Attorney for Debtor                                                                    MM / DD / YYYY

**Roland Schlosser** _____
Printed name

**Law Office of Roland Schlosser** _____
Firm Name

**53 West Jackson Boulevard** _____
Number          Street

**Suite 1242** _____

_____

**Chicago** _____    **IL**        **60604** _____
City                                                                      State        ZIP Code

Contact phone    **(312) 488-4884** _____    Email address **roland@schlosserlaw.com** _____

**6279696** _____    **IL** _____
Bar number                                                                     State

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **James**     **P.**     **Lofton, Jr.** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse, if filing) | First Name     Middle Name     Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Sum

# Summary of Your Assets and Liabilities and Certain Statistical Information

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new Summary and check the box at the top of this page.

## Part 1: Summarize Your Assets

**Your assets**
Value of what you own

1. *Schedule A/B: Property* (Official Form 106A/B)

   1a. Copy line 55, Total real estate, from Schedule A/B.......................................................... **$0.00**

   1b. Copy line 62, Total personal property, from Schedule A/B............................................. **$25,150.00**

   1c. Copy line 63, Total of all property on Schedule A/B...................................................... **$25,150.00**

## Part 2: Summarize Your Liabilities

**Your liabilities**
Amount you owe

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D)
   2a. Copy the total you listed in Column A, Amount of claim, at the bottom of the last page of Part 1 of Schedule D..... **$0.00**

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F)
   3a. Copy the total claims from Part 1 (priority unsecured claims) from line 6e of Schedule E/F.................................... **$0.00**

   3b. Copy the total claims from Part 2 (nonpriority unsecured claims) from line 6j of Schedule E/F............................ + **$40,893.12**

                                              **Your total liabilities** **$40,893.12**

## Part 3: Summarize Your Income and Expenses

4. *Schedule I: Your Income* (Official Form 106I)
Copy your combined monthly income from line 12 of Schedule I......................................................... **$3,223.83**

5. *Schedule J: Your Expenses* (Official Form 106J)
Copy your monthly expenses from line 22c of Schedule J................................................................ **$3,200.00**

Debtor 1    **James P. Lofton, Jr.**_____    Case number (if known) _____

| Part 4: | Answer These Questions for Administrative and Statistical Records |
|---|---|

**6.    Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐ No.  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

☑ Yes

**7.    What kind of debt do you have?**

☑ **Your debts are primarily consumer debts.**  *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose."  11 U.S.C. § 101(8).  Fill out lines 8-9g for statistical purposes.  28 U.S.C. § 159.

☐ **Your debts are not primarily consumer debts.**  You have nothing to report on this part of the form.  Check this box and submit this form to the court with your other schedules.

**8.    From the *Statement of Your Current Monthly Income:* Copy your total current monthly income from Official Form 122A-1 Line 11; OR, Form 122B Line 11; OR, Form 122C-1 Line 14.**

$4,243.05

**9.    Copy the following special categories of claims from Part 4, line 6 of *Schedule E/F:***

**Total claim**

From Part 4 on *Schedule E/F,* copy the following:

9a.  Domestic support obligations.  (Copy line 6a.)                                                     $0.00

9b.  Taxes and certain other debts you owe the government.  (Copy line 6b.)                            $0.00

9c.  Claims for death or personal injury while you were intoxicated.  (Copy line 6c.)                   $0.00

9d.  Student loans.  (Copy line 6f.)                                                                   $0.00

9e.  Obligations arising out of a separation agreement or divorce that you did not report as priority claims.  (Copy line 6g.)                                                          $0.00

9f.  Debts to pension or profit-sharing plans, and other similar debts.  (Copy line 6h.)        +      $0.00

9g.  **Total.**  Add lines 9a through 9f.                                                              $0.00

<table>
<tr><td colspan="3"><strong>Fill in this information to identify your case and this filing:</strong></td></tr>
</table>

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **P.** | **Lofton, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | **NORTHERN DISTRICT OF ILLINOIS** | | |
| Case number (if known) | | | |

☐ Check if this is an amended filing

Official Form 106A/B

## Schedule A/B: Property

12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☑ No. Go to Part 2.
   ☐ Yes. Where is the property?

2. Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here......................................................... ➔ **$0.00**

### Part 2: Describe Your Vehicles

Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not? Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

   ☑ No
   ☐ Yes

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☑ No
   ☐ Yes

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here......................................................... ➔ **$0.00**

### Part 3: Describe Your Personal and Household Items

Do you own or have any legal or equitable interest in any of the following items?

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware

   ☐ No
   ☑ Yes. Describe..... **Miscellaneous household goods and furnishings**        **$1,200.00**

Debtor 1    **James P. Lofton, Jr.**      Case number (if known) _____

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games

   ☐ No
   ☑ Yes. Describe.....    **Television and stereo**                   **$400.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

   ☑ No
   ☐ Yes. Describe.....

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

   ☑ No
   ☐ Yes. Describe.....

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

    ☑ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

    ☐ No
    ☑ Yes. Describe.....    **Necessary wearing apparel**             **$300.00**

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

    ☑ No
    ☐ Yes. Describe.....

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses

    ☑ No
    ☐ Yes. Describe.....

14. **Any other personal and household items you did not already list, including any health aids you did not list**

    ☑ No
    ☐ Yes. Give specific information.............

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write the number here..................................................................** ➔    **$1,900.00**

---

## Part 4:    Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes.................................................................................................... Cash: ......................... _____

Debtor 1    **James P. Lofton, Jr.**                  Case number (if known) _____

**17. Deposits of money**

*Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions.  If you have multiple accounts with the same institution, list each.

☐ No

☑ Yes............................       Institution name:

     17.1.    Checking account:    **Checking account with TCF Bank**                **$450.00**

**18. Bonds, mutual funds, or publicly traded stocks**

*Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

☑ No

☐ Yes............................    Institution or issuer name:

**19. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

☑ No

☐ Yes.  Give specific information about them..........................    Name of entity:               % of ownership:

**20. Government and corporate bonds and other negotiable and non-negotiable instruments**

*Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
*Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

☑ No

☐ Yes.  Give specific information about them..........................    Issuer name:

**21. Retirement or pension accounts**

*Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans

☐ No

☑ Yes.  List each account separately.    Type of account:      Institution name:

                             401(k) or similar plan:    **403(b) retirement account held by employer**        **$4,400.00**

                             Pension plan:    **Pension plan with SURS Union**             **$16,500.00**

**22. Security deposits and prepayments**

Your share of all unused deposits you have made so that you may continue service or use from a company
*Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others

☑ No

☐ Yes............................       Institution name or individual:

**23. Annuities**  (A contract for a specific periodic payment of money to you, either for life or for a number of years)

☑ No

☐ Yes............................    Issuer name and description:

**24. Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**

26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).

☑ No

☐ Yes............................    Institution name and description.  Separately file the records of any interests.  11 U.S.C. § 521(c)

**25. Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**

☑ No

☐ Yes.  Give specific information about them                 _____

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

**26. Patents, copyrights, trademarks, trade secrets, and other intellectual property;**
*Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements

☑ No
☐ Yes. Give specific
information about them                                                                    _____

**27. Licenses, franchises, and other general intangibles**
*Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses

☑ No
☐ Yes. Give specific
information about them                                                                    _____

**Money or property owed to you?**                                          **Current value of the
portion you own?**
Do not deduct secured
claims or exemptions.

**28. Tax refunds owed to you**

☐ No
☑ Yes. Give specific information    **Federal: Federal income tax refund for tax year 2017. Amt:**    Federal: _____ **$1,900.00**
about them, including whether    **$1,900.00**
you already filed the returns                                                    State: _____ **$0.00**
and the tax years......................
                                                                                Local: _____ **$0.00**

**29. Family support**
*Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

☑ No
☐ Yes. Give specific information                                      Alimony: _____

                                                                    Maintenance: _____

                                                                    Support: _____

                                                                    Divorce settlement: _____

                                                                    Property settlement: _____

**30. Other amounts someone owes you**
*Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers'
compensation, Social Security benefits; unpaid loans you made to someone else

☑ No
☐ Yes. Give specific information                                                      _____

**31. Interests in insurance policies**
*Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☑ No
☐ Yes. Name the insurance
company of each policy
and list its value...............    Company name:              Beneficiary:              Surrender or refund value:

**32. Any interest in property that is due you from someone who has died**
If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently
entitled to receive property because someone has died

☑ No
☐ Yes. Give specific information                                                      _____

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
*Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☑ No
☐ Yes. Describe each claim........                                                    _____

Debtor 1 __**James P. Lofton, Jr.**_____     Case number (if known) _____

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

☑ No
☐ Yes. Describe each claim........                                                                          _____

35. **Any financial assets you did not already list**

☑ No
☐ Yes.  Give specific information                                                                      _____

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.................................................................** ➔ | **$23,250.00** |

---

**Part 5:   Describe Any Business-Related Property You Own or Have an Interest In.  List any real estate in Part 1.**

---

37. **Do you own or have any legal or equitable interest in any business-related property?**

☑ No.  Go to Part 6.
☐ Yes.  Go to line 38.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

38. **Accounts receivable or commissions you already earned**

☑ No
☐ Yes.  Describe..                                                                                            _____

39. **Office equipment, furnishings, and supplies**
*Examples:* Business-related computers, software, modems, printers, copiers, fax machines, rugs, telephones, desks, chairs, electronic devices

☑ No
☐ Yes.  Describe..                                                                                            _____

40. **Machinery, fixtures, equipment, supplies you use in business, and tools of your trade**

☑ No
☐ Yes.  Describe..                                                                                            _____

41. **Inventory**

☑ No
☐ Yes.  Describe..                                                                                            _____

42. **Interests in partnerships or joint ventures**

☑ No
☐ Yes.  Describe.....   Name of entity:                              % of ownership:

43. **Customer lists, mailing lists, or other compilations**

☑ No
☐ Yes.  **Do your lists include personally identifiable information** (as defined in 11 U.S.C. § 101(41A))?

   ☐ No
   ☐ Yes.  Describe.....                                                                                     _____

44. **Any business-related property you did not already list**

☑ No
☐ Yes.  Give specific information.

45. **Add the dollar value of all of your entries from Part 5, including any entries for pages you have attached for Part 5. Write that number here.................................................................** ➔ | **$0.00** |

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

---

| Part 6: | **Describe Any Farm- and Commercial Fishing-Related Property You Own Or Have an Interest In.** |
|---|---|
| | **If you own or have an interest in farmland, list it in Part 1.** |

**46.   Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☒ No.  Go to Part 7.
☐ Yes.  Go to line 47.

**Current value of the portion you own?**
Do not deduct secured claims or exemptions.

**47.   Farm animals**
*Examples:* Livestock, poultry, farm-raised fish

☒ No
☐ Yes....                                                                                    _____

**48.   Crops--either growing or harvested**

☒ No
☐ Yes.  Give specific
information................                                                             _____

**49.   Farm and fishing equipment, implements, machinery, fixtures, and tools of trade**

☒ No
☐ Yes....                                                                                    _____

**50.   Farm and fishing supplies, chemicals, and feed**

☒ No
☐ Yes....                                                                                    _____

**51.   Any farm- and commercial fishing-related property you did not already list**

☒ No
☐ Yes.  Give specific
information................                                                             _____

**52.   Add the dollar value of all of your entries from Part 6, including any entries for pages you have
attached for Part 6. Write that number here........................................................** ➔   | **$0.00** |

---

| Part 7: | **Describe All Property You Own or Have an Interest in That You Did Not List Above** |
|---|---|

**53.   Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☒ No
☐ Yes.  Give specific information.

**54.   Add the dollar value of all of your entries from Part 7.  Write that number here..............................** ➔   | **$0.00** |

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

## Part 8:   List the Totals of Each Part of this Form

**55.   Part 1: Total real estate, line 2**........................................................................................➜   $0.00

**56.   Part 2: Total vehicles, line 5**                                          $0.00

**57.   Part 3: Total personal and household items, line 15**                      $1,900.00

**58.   Part 4: Total financial assets, line 36**                                 $23,250.00

**59.   Part 5: Total business-related property, line 45**                          $0.00

**60.   Part 6: Total farm- and fishing-related property, line 52**                 $0.00

**61.   Part 7: Total other property not listed, line 54**               +          $0.00

**62.   Total personal property.**   Add lines 56 through 61..................   $25,150.00   Copy personal property total ➜  +   $25,150.00

**63.   Total of all property on Schedule A/B.**   Add line 55 + line 62...............................................   $25,150.00

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **P.** | **Lofton, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
   amended filing

Official Form 106C

## Schedule C: The Property You Claim as Exempt                                      04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt.  If more space is needed, fill out and attach to this page as many copies of   *Part 2: Additional Page*   as necessary.  On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim.  One way of doing so is to state a specific dollar amount as exempt.  Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit.  Some exemptions--such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds--may be unlimited in dollar amount.  However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

| Part 1: | Identify the Property You Claim as Exempt |
|---|---|

1.  **Which set of exemptions are you claiming?**       *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)
   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2.  **For any property you list on** *Schedule A/B* **that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption* | Specific laws that allow exemption |
|---|---|---|---|
| Brief description:<br>**Miscellaneous household goods and furnishings**<br>Line from *Schedule A/B*: _____6_____ | **$1,200.00** | ☑ **$1,200.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description:<br>**Television and stereo**<br><br>Line from *Schedule A/B*: _____7_____ | **$400.00** | ☑ **$400.00**<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

3.  **Are you claiming a homestead exemption of more than $160,375?**
   (Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☑ No
   ☐ Yes.  Did you acquire the property covered by the exemption within 1,215 days before you filed this case?
      ☐ No
      ☐ Yes

Debtor 1    **James P. Lofton, Jr.**                                      Case number (if known) _____

| **Part 2:** | **Additional Page** |
|---|---|

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own | Amount of the exemption you claim | Specific laws that allow exemption |
|---|---|---|---|
| | Copy the value from *Schedule A/B* | *Check only one box for each exemption* | |
| Brief description:<br>**Necessary wearing apparel**<br><br>Line from *Schedule A/B*: __11__ | $300.00 | ☑ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(a), (e)** |
| Brief description:<br>**Checking account with TCF Bank**<br><br>Line from *Schedule A/B*: __17.1__ | $450.00 | ☑ $450.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |
| Brief description:<br>**403(b) retirement account held by employer**<br><br>Line from *Schedule A/B*: __21__ | $4,400.00 | ☑ $4,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| Brief description:<br>**Pension plan with SURS Union**<br><br>Line from *Schedule A/B*: __21__ | $16,500.00 | ☑ $16,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1006** |
| Brief description:<br>**Federal income tax refund for tax year 2017**<br><br>Line from *Schedule A/B*: __28__ | $1,900.00 | ☑ $1,900.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **735 ILCS 5/12-1001(b)** |

**Fill in this information to identify your case:**

Debtor 1        **James**              **P.**              **Lofton, Jr.**
                First Name             Middle Name          Last Name

Debtor 2
(Spouse, if filing)  First Name         Middle Name          Last Name

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
   amended filing

<u>Official Form 106D</u>

## Schedule D: Creditors Who Have Claims Secured by Property                 12/15

**Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).**

1.  **Do any creditors have claims secured by your property?**

    ☑ No.  Check this box and submit this form to the court with your other schedules.  You have nothing else to report on this form.
    ☐ Yes.  Fill in all of the information below.

### Part 1:    List All Secured Claims

2.  **List all secured claims.**  If a creditor has more than one secured claim, list the creditor separately for each claim.  If more than one creditor has a particular claim, list the other creditors in Part 2.  As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral | Column B<br>**Value of collateral that supports this claim** | Column C<br>**Unsecured portion**<br>If any |
|---|---|---|---|

| 2.1 |
|---|

**Describe the property that secures the claim:**

_____
Creditor's name

_____
Number    Street

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
City            State   ZIP Code

**Nature of lien.**  Check all that apply.

**Who owes the debt?**  Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset)

☐ **Check if this claim relates
   to a community debt**

**Date debt was incurred** _____  **Last 4 digits of account number** ___ ___ ___ ___

**Add the dollar value of your entries in Column A on this page.  Write
that number here:**

| **$0.00** |
|---|

**If this is the last page of your form, add the dollar value totals from
all pages.  Write that number here:**

| **$0.00** |
|---|

**Fill in this information to identify your case:**

| Debtor 1 | **James** | **P.** | **Lofton, Jr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106E/F

## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Property* (Official Form 106A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 106G). Do not include any creditors with partially secured claims that are listed in *Schedule D: Creditors Who Hold Claims Secured by Property.* If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. On the top of any additional pages, write your name and case number (if known).

### Part 1:     List All of Your PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims against you?**
   ☑ No. Go to Part 2.
   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If more space is needed for priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

| | Total claim | Priority amount | Nonpriority amount |
|---|---|---|---|

**2.1**

| | |
|---|---|
| _____ | Last 4 digits of account number  __ __ __ __ |
| Priority Creditor's Name | When was the debt incurred?  _____ |
| _____ | |
| Number       Street | **As of the date you file, the claim is:** Check all that apply. |
| _____ | ☐ Contingent |
| _____ | ☐ Unliquidated |
| _____ | ☐ Disputed |
| City       State   ZIP Code | |
| **Who incurred the debt?**  Check one. | **Type of PRIORITY unsecured claim:** |
| ☐ Debtor 1 only | ☐ Domestic support obligations |
| ☐ Debtor 2 only | ☐ Taxes and certain other debts you owe the government |
| ☐ Debtor 1 and Debtor 2 only | ☐ Claims for death or personal injury while you were |
| ☐ At least one of the debtors and another |    intoxicated |
| ☐ **Check if this claim is for a community debt** | ☐ Other.  Specify |
| **Is the claim subject to offset?** | |
| ☐ No | |
| ☐ Yes | |

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

| **Part 2:** | **List All of Your NONPRIORITY Unsecured Claims** |
| --- | --- |

**3.    Do any creditors have nonpriority unsecured claims against you?**

☐    No.  You have nothing to report in this part.  Submit this form to the court with your other schedules.

☑    Yes

**4.    List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.**
If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim.  For each claim listed, identify what type of claim it is.  Do not list claims already included in Part 1.  If more than one creditor holds a particular claim, list the other creditors in Part 3.  If more space is needed for nonpriority unsecured claims, fill out the Continuation Page of Part 2.

|  | **Total claim** |
| --- | --- |

---

| **4.1** | | **$32.00** |
| --- | --- | --- |

**Advance Psychiatry and Counseling**
Nonpriority Creditor's Name
**1 Tiffany Pointe**
Number        Street

**Bloomingdale            IL        60108**
City                                State        ZIP Code

**Who incurred the debt?**    Check one.
☑    Debtor 1 only
☐    Debtor 2 only
☐    Debtor 1 and Debtor 2 only
☐    At least one of the debtors and another

☐    **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑    No
☐    Yes

**Last 4 digits of account number**    __6__  __0__  __9__  __7__
**When was the debt incurred?**    __11/2017__

**As of the date you file, the claim is:** Check all that apply.
☐    Contingent
☐    Unliquidated
☐    Disputed

**Type of NONPRIORITY unsecured claim:**
☐    Student loans
☐    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐    Debts to pension or profit-sharing plans, and other similar debts
☑    Other.  Specify
        **Medical service**

---

| **4.2** | | **$368.00** |
| --- | --- | --- |

**Advanced Radiology Consultants**
Nonpriority Creditor's Name
**520 East 22nd Street**
Number        Street

**Lombard            IL        60148**
City                                State        ZIP Code

**Who incurred the debt?**    Check one.
☑    Debtor 1 only
☐    Debtor 2 only
☐    Debtor 1 and Debtor 2 only
☐    At least one of the debtors and another

☐    **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑    No
☐    Yes

**Last 4 digits of account number**    __6__  __0__  __4__  __9__
**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐    Contingent
☐    Unliquidated
☐    Disputed

**Type of NONPRIORITY unsecured claim:**
☐    Student loans
☐    Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐    Debts to pension or profit-sharing plans, and other similar debts
☑    Other.  Specify
        **Medical service**

---

Debtor 1   **James P. Lofton, Jr.**                                   Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.3**

**Advocate Christ Medical Center**
Nonpriority Creditor's Name
**Box 4256**
Number      Street

$12,545.00

Last 4 digits of account number   **2   2   1   4**

When was the debt incurred?   _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**        IL      **60197-4256**
City                State    ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical service**

**4.4**

**Affiliated Radiologists, S.C.**
Nonpriority Creditor's Name
**Debt 4104**
Number      Street

$13.00

Last 4 digits of account number   **5   1   0   X**

When was the debt incurred?   **09/2017**

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Carol Stream**        IL      **60122-4104**
City                State    ZIP Code

Who incurred the debt?   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

Is the claim subject to offset?
☑ No
☐ Yes

Type of NONPRIORITY unsecured claim:
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical service**

Debtor 1    **James P. Lofton, Jr.**                              Case number (if known) _____

---

**Part 2:**    **Your NONPRIORITY Unsecured Claims -- Continuation Page**

---

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

**4.5**                                                                                    **$238.00**

**Allied Interstate, LLC**
Nonpriority Creditor's Name
**3000 Corporate Exchange Drive**
Number        Street

_____

**Columbus**            **OH**    **43231**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**SBC Illinois**

Last 4 digits of account number    **0    7    9    9**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Collecting for -**

---

**4.6**                                                                                    **$5,240.37**

**Allstate insurance Co.**
Nonpriority Creditor's Name
**Box 55156**
Number        Street

_____

**Boston**            **MA**    **02205-5156**
City                    State    ZIP Code

**Who incurred the debt?**    Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **8    7    8    6**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce
      that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
      **Judgment Against Debtor**

---

Debtor 1    **James P. Lofton, Jr.**            Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

                                                     **Total claim**

---

**4.7**                                                    **$24.00**

**CEP America Illinois LLP**
Nonpriority Creditor's Name
**1425 North Randall Road**
Number     Street

**Elgin**            **IL**      **60123**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **6**   **0**   **9**   **7**
When was the debt incurred?   **11/2017**

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Medical service**

---

**4.8**                                                    **$2,219.00**

**Circuit Court of Cook County**
Nonpriority Creditor's Name
**First Municipal District, Traffic Divisi**
Number     Street
**50 West Washington, Room 1001**

**Chicago**         **IL**      **60602**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **6**   **0**   **9**   **7**
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Traffic violation fines**

---

**4.9**                                                    **$843.17**

**City Of Chicago**
Nonpriority Creditor's Name
**Dept. Of Revenue**
Number     Street
**121 North LaSalle Street, Room 107A**

**Chicago**         **IL**      **60602**
City              State    ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another
- [ ] Check if this claim is for a community debt

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number   **6**   **0**   **9**   **7**
When was the debt incurred?   _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other. Specify
  **Parking Tickets**

---

Debtor 1   **James P. Lofton, Jr.**                                      Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.10**                                                                                 $513.00

**City of Chicago**                    Last 4 digits of account number   **6   0   9   7**
Nonpriority Creditor's Name
**Emergency Medical Services**         When was the debt incurred?   _____
Number      Street
**33589 Treasury Center**             As of the date you file, the claim is: Check all that apply.

                                      ☐ Contingent
                                      ☐ Unliquidated
**Chicago**          **IL**   **60694-3500**   ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.   **Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ☒ Other.  Specify
☐ **Check if this claim is for a community debt**   **Medical service**

**Is the claim subject to offset?**

☒ No
☐ Yes

**4.11**                                                                                 $333.00

**Comcast**                            Last 4 digits of account number   **8   5   6   0**
Nonpriority Creditor's Name
**P.O. Box 3001**                      When was the debt incurred?   _____
Number      Street
                                      As of the date you file, the claim is: Check all that apply.

                                      ☐ Contingent
                                      ☐ Unliquidated
**Southeastern**     **PA**   **19398-3001**   ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.   **Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ☒ Other.  Specify
☐ **Check if this claim is for a community debt**   **Cable Service**

**Is the claim subject to offset?**

☒ No
☐ Yes

**4.12**                                                                                 $604.00

**Consumers Cooperative CU**           Last 4 digits of account number   **x   x   x   x**
Nonpriority Creditor's Name
**Box 503**                            When was the debt incurred?   **04/2013**
Number      Street
                                      As of the date you file, the claim is: Check all that apply.

                                      ☐ Contingent
                                      ☐ Unliquidated
**Mundelein**        **IL**   **60060**   ☐ Disputed
City                 State   ZIP Code
**Who incurred the debt?**  Check one.   **Type of NONPRIORITY unsecured claim:**

☒ Debtor 1 only                        ☐ Student loans
☐ Debtor 2 only                        ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only              that you did not report as priority claims
☐ At least one of the debtors and another   ☐ Debts to pension or profit-sharing plans, and other similar debts
                                       ☒ Other.  Specify
☐ **Check if this claim is for a community debt**   **Credit Card**

**Is the claim subject to offset?**

☒ No
☐ Yes

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the
previous page.

| | **Total claim** |
|---|---|

| 4.13 | | $1,633.00 |
|---|---|---|

**Consumers Cooperative CU**
Nonpriority Creditor's Name
**Box 503**
Number        Street

_____

_____

**Mundelein**              **IL**      **60060**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **x   x   x   x**
When was the debt incurred?    **11/2015**

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Credit Card**

| 4.14 | | $30.00 |
|---|---|---|

**Dental Experts, LLC**
Nonpriority Creditor's Name
**4039 West North Avenue**
Number        Street

_____

_____

**Chicago**                **IL**      **60639**
City                      State    ZIP Code

**Who incurred the debt?**    Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number    **7   9   4   7**
When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other. Specify
  **Dental Service**

Debtor 1    **James P. Lofton, Jr.** _____    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |
|---|---|

**4.15**

|  | $153.00 |
|---|---|

**EOS CCA**
Nonpriority Creditor's Name
**700 Longwater Drive**
Number        Street
_____

**Norwell**          **MA**    **02061**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **4   2   5   1**

**When was the debt incurred?** _____

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Collecting for -**
  **AT&T**

**4.16**

|  | $1,191.31 |
|---|---|

**Gateway Foundation Inc.**
Nonpriority Creditor's Name
**600 West Lincoln**
Number        Street
_____

**Caseville**          **IL**    **62232**
City                State    ZIP Code

**Who incurred the debt?** Check one.
- ☑ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- ☑ No
- ☐ Yes

Last 4 digits of account number   **6   0   9   7**

**When was the debt incurred?**    **11/2017**

**As of the date you file, the claim is:** Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**
- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ☑ Other.  Specify
  **Medical service**

Debtor 1 **James P. Lofton, Jr.**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

| | **Total claim** |

**4.17**                                                                                                              **$320.00**

**Great Lakes Specialty Finance**          Last 4 digits of account number   **3   2   9   1**
Nonpriority Creditor's Name
**800 North Kedzie Avenue**               When was the debt incurred?   _____
Number       Street

_____          As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**Chicago**          **IL**    **60651**   ☐ Disputed
City              State   ZIP Code
**Who incurred the debt?**   Check one.   Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt** ☑ Other. Specify
**Is the claim subject to offset?**          **Payday Loan**
☑ No
☐ Yes

**4.18**                                                                                                              **$277.00**

**Kansas Counselor, Inc.**                Last 4 digits of account number   **6   0   9   7**
Nonpriority Creditor's Name
**8725 Rosehill Road South**              When was the debt incurred?   _____
Number       Street

_____          As of the date you file, the claim is: Check all that apply.
                                          ☐ Contingent
                                          ☐ Unliquidated
**Lenexa**          **KS**    **66215**    ☐ Disputed
City              State   ZIP Code
**Who incurred the debt?**   Check one.   Type of NONPRIORITY unsecured claim:
☑ Debtor 1 only                           ☐ Student loans
☐ Debtor 2 only                           ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                 that you did not report as priority claims
☐ At least one of the debtors and another ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ **Check if this claim is for a community debt** ☑ Other. Specify
**Is the claim subject to offset?**          **Collecting for -**
☑ No
☐ Yes

**Humboldt Park Emergency Services**

Debtor 1    **James P. Lofton, Jr.** _____    Case number (if known) _____

**Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page**

After listing any entries on this page, number them sequentially from the previous page.

| | Total claim |
|---|---|

| 4.19 | | | $176.00 |
|---|---|---|---|

**Lou Harris Company**
Nonpriority Creditor's Name
**613 Academy Drive**
Number        Street
_____

Last 4 digits of account number    **6    0    9    7**

When was the debt incurred?    _____

**Northbrook        IL    60062**
City                State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**NAH Radiology**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collecting for -**

| 4.20 | | | $449.00 |
|---|---|---|---|

**LVNV Funding, LLC**
Nonpriority Creditor's Name
**Box 10587**
Number        Street
_____

Last 4 digits of account number    **x    x    x    x**

When was the debt incurred?    **01/2017**

**Greenville        SC    29603-0587**
City                State    ZIP Code

As of the date you file, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who incurred the debt?**    Check one.

☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**

☑ No
☐ Yes

**Capital One, N.A.**

Type of NONPRIORITY unsecured claim:

☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Collecting for -**

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

| 4.21 | | **$416.00** |
|---|---|---|

**Medical Business Bureau, LLC**
Nonpriority Creditor's Name
**Box 1219**
Number        Street

_____

**Park Ridge**            **IL**     **60068-7219**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __x__  __x__  __x__  __x__
When was the debt incurred?    **07/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

**Norwegian American Hospital**

| 4.22 | | **$52.00** |
|---|---|---|

**Merchants Credit Guide**
Nonpriority Creditor's Name
**223 West Jackson Boulevard**
Number        Street
**Suite 700**

_____

**Chicago**               **IL**     **60606**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    __6__  __0__  __9__  __7__
When was the debt incurred?    **07/2013**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Collecting for -**

**Midwest Imaging Professionals**

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

## Part 2:    Your NONPRIORITY Unsecured Claims -- Continuation Page

**After listing any entries on this page, number them sequentially from the previous page.**

| Total claim |
|---|

| 4.23 | | $92.00 |
|---|---|---|

**Midwest Diagnostic Pathology, S.C.**
Nonpriority Creditor's Name
**Suite 3070**
Number      Street
**75 Remittance Drive**

**Chicago**              **IL**      **60675**
City                   State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **1    6    8    8**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical service**

| 4.24 | | $52.00 |
|---|---|---|

**Midwest Imaging Professionals**
Nonpriority Creditor's Name
**Box 371863**
Number      Street

**Pittsburgh**           **PA**      **15250**
City                   State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **3    5    5    4**

**When was the debt incurred?**    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
   **Medical service**

Debtor 1   **James P. Lofton, Jr.**                                          Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
| --- | --- |

**After listing any entries on this page, number them sequentially from the previous page.**

<table>
<tr><td></td><td align="right">**Total claim**</td></tr>
</table>

**4.25**                                                                                              **$235.00**

**National Credit Solutions**
Nonpriority Creditor's Name
**Box 15779**
Number        Street
_____

**Oklahoma City          OK      73155**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

**Sage Telecom**

Last 4 digits of account number    **1    3    7    5**
**When was the debt incurred?**           _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Collecting for -**

---

**4.26**                                                                                              **$2,353.37**

**Norwegian American Hospital**
Nonpriority Creditor's Name
**Box 231782**
Number        Street
**1782 Momentum Place**
_____

**Chicago              IL      60689**
City                          State     ZIP Code

**Who incurred the debt?**   Check one.
- [x] Debtor 1 only
- [ ] Debtor 2 only
- [ ] Debtor 1 and Debtor 2 only
- [ ] At least one of the debtors and another

- [ ] **Check if this claim is for a community debt**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

Last 4 digits of account number    **2    3    3    6**
**When was the debt incurred?**           _____

**As of the date you file, the claim is:** Check all that apply.
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Type of NONPRIORITY unsecured claim:**
- [ ] Student loans
- [ ] Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- [ ] Debts to pension or profit-sharing plans, and other similar debts
- [x] Other.  Specify
  **Medical service**

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the
previous page.

**Total claim**

| 4.27 | | $609.90 |

**Payday Loan Store**
Nonpriority Creditor's Name
**2nd Floor**
Number    Street
**800 Jorie Boulevard**

**Oak Brook**          **IL**    **60523**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **0   0   0   2**
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Payday Loan**

| 4.28 | | $798.00 |

**Preferred Service Credit Union**
Nonpriority Creditor's Name
**1212 West Northwest Highway**
Number    Street

**Palatine**          **IL**    **60067**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6   0   9   7**
When was the debt incurred?    _____

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Credit Card**

| 4.29 | | $2,556.09 |

**Rush University Medical Center**
Nonpriority Creditor's Name
**P.O. Box 4175**
Number    Street

**Carol Stream**          **IL**    **60197-4175**
City                State    ZIP Code

**Who incurred the debt?**    Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **2   4   6   7**
When was the debt incurred?    **11/2014**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce
  that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other.  Specify
  **Medical service**

Debtor 1     **James P. Lofton, Jr.**                                    Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.30**                                                                                                          **$67.00**

**Sinai Medical Group**
Nonpriority Creditor's Name
**3537 Paysphere Circle**
Number      Street

_____

**Chicago**                    **IL**        **60674-0035**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **9   C   0   X**
**When was the debt incurred?**        **03/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical service**

**4.31**                                                                                                          **$11.00**

**Sinai Medical Group**
Nonpriority Creditor's Name
**3537 Paysphere Circle**
Number      Street

_____

**Chicago**                    **IL**        **60674-0035**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **6   0   9   7**
**When was the debt incurred?**        **11/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical service**

**4.32**                                                                                                          **$1,086.00**

**Stroger Hospital Cook County**
Nonpriority Creditor's Name
**1969 Ogden Avenue**
Number      Street

_____

**Chicago**                    **IL**        **60612**
City                          State    ZIP Code

**Who incurred the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☑ At least one of the debtors and another
☐ **Check if this claim is for a community debt**

**Is the claim subject to offset?**
☑ No
☐ Yes

**Last 4 digits of account number**    **7   8   0   X**
**When was the debt incurred?**        **03/2017**

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical service**

Debtor 1    **James P. Lofton, Jr.**                              Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |

After listing any entries on this page, number them sequentially from the previous page.

**Total claim**

**4.33**                                                                              **$1,600.00**

**Sue Thomas**
Nonpriority Creditor's Name
**Box 131**
Number     Street

_____

**Oak Park**          **IL**      **60304**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6   0   9   7**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Breach of Lease**

**4.34**                                                                              **$320.00**

**Unifund CCR, LLC**
Nonpriority Creditor's Name
**C/O Resurgence Legal Group, LLC**
Number     Street
**1161 Lake Cook Road**

**Suite E**

**Deerfield**         **IL**      **60015**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **5   6   7   9**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical service**

**4.35**                                                                              **$434.00**

**University of Chicago Medicine**
Nonpriority Creditor's Name
**15965 Collections Center Drive**
Number     Street

_____

**Chicago**          **IL**      **60693-0159**
City                State    ZIP Code

**Who incurred the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim is for a community debt

**Is the claim subject to offset?**
☑ No
☐ Yes

Last 4 digits of account number    **6   7   4   9**

When was the debt incurred?    _____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Type of NONPRIORITY unsecured claim:**
☐ Student loans
☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
☐ Debts to pension or profit-sharing plans, and other similar debts
☑ Other. Specify
   **Medical service**

Debtor 1    **James P. Lofton, Jr.**                                         Case number (if known) _____

| **Part 2:** | **Your NONPRIORITY Unsecured Claims -- Continuation Page** |
|---|---|

**After listing any entries on this page, number them sequentially from the previous page.**

**Total claim**

**4.36**                                                                                      **$269.00**

**US Bank**                                          Last 4 digits of account number   **6  2  3  9**
Nonpriority Creditor's Name
**425 Walnut Street**                                When was the debt incurred?      _____
Number        Street

_____             As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
                                                 ☐ Unliquidated
**Cincinnati          OH     45202**             ☐ Disputed
City                 State    ZIP Code
**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☒ Other.  Specify
**Is the claim subject to offset?**                  **NSF Fees**
☒ No
☐ Yes

**4.37**                                                                                       **$30.00**

**Village of Schaumburg**                           Last 4 digits of account number   **9  9  6  2**
Nonpriority Creditor's Name
**1000 West Schaumburg Road**                       When was the debt incurred?      _____
Number        Street

_____             As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
                                                 ☐ Unliquidated
**Schaumburg          IL     60194**             ☐ Disputed
City                 State    ZIP Code
**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☒ Other.  Specify
**Is the claim subject to offset?**                  **Parking Citations**
☒ No
☐ Yes

**4.38**                                                                                     **$2,709.91**

**Zurich Insurance**                                Last 4 digits of account number   **7  3  2  3**
Nonpriority Creditor's Name
**Box 542003**                                      When was the debt incurred?      _____
Number        Street
**13810 First National Bank Parkway**            As of the date you file, the claim is: Check all that apply.
                                                 ☐ Contingent
                                                 ☐ Unliquidated
**Omaha               NE     68154**             ☐ Disputed
City                 State    ZIP Code
**Who incurred the debt?** Check one.            **Type of NONPRIORITY unsecured claim:**
☒ Debtor 1 only                                  ☐ Student loans
☐ Debtor 2 only                                  ☐ Obligations arising out of a separation agreement or divorce
☐ Debtor 1 and Debtor 2 only                         that you did not report as priority claims
☐ At least one of the debtors and another        ☐ Debts to pension or profit-sharing plans, and other similar debts
☐ Check if this claim is for a community debt     ☒ Other.  Specify
**Is the claim subject to offset?**                  **Subrogation Claim**
☒ No
☐ Yes

Debtor 1   **James P. Lofton, Jr.** _____   Case number (if known) _____

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed** |

5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here.  Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here.  If you do not have additional parties to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.

**AFNI, Inc.**
Name
**P.O. Box 3517**
Number      Street

**Bloomington          IN      61702-3517**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.5**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Asset Acceptance**
Name
**Box 1630**
Number      Street

**Warren               MI      48090**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.5**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Bruce K. Shapiro, Esq.**
Name
**555 North Skokie Boulevard**
Number      Street
**Suite 595**

**Northbrook            IL      60062**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.6**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Collection Systems, Inc.**
Name
**Suite 6**
Number      Street
**8 South Michigan Avenue**

**Chicago               IL      60603**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.3**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                       ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

**Harris & Harris, LTD.**
Name
**111 West Jackson Boulevard**
Number      Street
**Suite 400**

**Chicago               IL      60604**
City                  State    ZIP Code

On which entry in Part 1 or Part 2 did you list the original creditor?

Line   **4.26**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
                                        ☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number   ___ ___ ___ ___

Debtor 1    **James P. Lofton, Jr.**                                              Case number (if known)

| **Part 3:** | **List Others to Be Notified About a Debt That You Already Listed -- Continuation Page** |

---

**Illinois Department of Employment Securi**
Name
**Benefit Repayments**
Number     Street
**2854 Network Place**

**Chicago**              **IL**      **60673**
City                 State      ZIP Code

**Notice Only**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   0   9   7**

---

**Illinois Department of Revenue**
Name
**Bankruptcy Section**
Number     Street
**P.O. Box 64338**

**Chicago**              **IL**      **60664-0338**
City                 State      ZIP Code

**Notice Only**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
**Taxes**                      ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   0   9   7**

---

**Internal Revenue Service**
Name
**Department of the Treasury**
Number     Street
**P.O. Box 7346**

**Philadelphia**          **PA**      **19101-7346**
City                 State      ZIP Code

**Notice Only**

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line _____ of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☐ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    **6   0   9   7**

---

**Keynote Consulting**
Name
**220 W Campus Drive**
Number     Street
**Suite 102**

**Arlington Heights**     **IL**      **60004**
City                 State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.12** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Linebarger Goggan Blair & Sampson, LLP**
Name
**Box 06152**
Number     Street

**Chicago**              **IL**      **60606-0152**
City                 State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.9** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

**Medical Business Bureau, LLC**
Name
**Box 1219**
Number     Street

**Park Ridge**            **IL**      **60068-7219**
City                 State      ZIP Code

**On which entry in Part 1 or Part 2 did you list the original creditor?**

Line **4.26** of *(Check one):*  ☐ Part 1: Creditors with Priority Unsecured Claims
                               ☒ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number    __ __ __ __

---

Debtor 1   **James P. Lofton, Jr.**                          Case number (if known) _____

| Part 3: | List Others to Be Notified About a Debt That You Already Listed -- Continuation Page |

**Nationwide Credit & Collection**                **On which entry in Part 1 or Part 2 did you list the original creditor?**
Name
**C/O Evergreen Bank Group**                      Line   **4.29**   of   *(Check one):*   ☐ Part 1: Creditors with Priority Unsecured Claims
Number     Street
**Box 3219**                                                                              ☒ Part 2: Creditors with Nonpriority Unsecured Claims

_____                  **Last 4 digits of account number**   ___ ___ ___ ___
**Oak Brook**          **IL**    **60522**
City                   State    ZIP Code

Debtor 1  **James P. Lofton, Jr.**                                    Case number (if known) _____

| **Part 4:** | **Add the Amounts for Each Type of Unsecured Claim** |
|---|---|

6.  **Total the amounts of certain types of unsecured claims.  This information is for statistical reporting purposes only.
    28 U.S.C. § 159.  Add the amounts for each type of unsecured claim.**

| | | | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 1** | 6a. | **Domestic support obligations** | 6a. | $0.00 |
| | 6b. | **Taxes and certain other debts you owe the government** | 6b. | $0.00 |
| | 6c. | **Claims for death or personal injury while you were intoxicated** | 6c. | $0.00 |
| | 6d. | **Other.**  Add all other priority unsecured claims.  Write that amount here. | 6d. + | $0.00 |
| | 6e. | **Total.**  Add lines 6a through 6d. | 6d. | $0.00 |

| | | | | **Total claim** |
|---|---|---|---|---|
| **Total claims from Part 2** | 6f. | **Student loans** | 6f. | $0.00 |
| | 6g. | **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $0.00 |
| | 6h. | **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $0.00 |
| | 6i. | **Other.**  Add all other nonpriority unsecured claims.  Write that amount here. | 6i. + | $40,893.12 |
| | 6j. | **Total.**  Add lines 6f through 6i. | 6j. | $40,893.12 |

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **P.** | **Lofton, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106G

## Schedule G: Executory Contracts and Unexpired Leases          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**

   ☑ **No.** Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

   **Person or company with whom you have the contract or lease**          **State what the contract or lease is for**

<table>
<tr><td colspan="2"><strong>Fill in this information to identify your case:</strong></td></tr>
</table>

Debtor 1    <u>**James**</u>         <u>**P.**</u>              <u>**Lofton, Jr.**</u>
            First Name              Middle Name         Last Name

Debtor 2
(Spouse, if filing)  First Name     Middle Name         Last Name

United States Bankruptcy Court for the: <u>**NORTHERN DISTRICT OF ILLINOIS**</u>

Case number
(if known)          _____

☐ Check if this is an
  amended filing

## Official Form 106H
## Schedule H: Your Codebtors                                                12/15

Codebtors are people or entities who are also liable for any debts you may have.  Be as complete and accurate as possible.  If
two married people are filing together, both are equally responsible for supplying correct information.  If more space is
needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left.  Attach the Additional Page to this
page.  On the top of any Additional Pages, write your name and case number (if known).  Answer every question.

1.  **Do you have any codebtors?**    (If you are filing a joint case, do not list either spouse as a codebtor.)
    ☐ No
    ☑ Yes

2.  **Within the last 8 years, have you lived in a community property state or territory?**  *(Community property states and territories*
    include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
    ☑ No. Go to line 3.
    ☐ Yes.  Did your spouse, former spouse, or legal equivalent live with you at the time?
            ☐ No
            ☐ Yes

3.  **In Column 1, list all of your codebtors.  Do not include your spouse as a codebtor if your spouse is filing with you.  List the
    person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner.  Make sure you have listed the
    creditor on** *Schedule D* **(Official Form 106D),** *Schedule E/F* **(Official Form 106E/F), or** *Schedule G* **(Official Form 106G).  Use**
    *Schedule D, Schedule E/F, or Schedule G* **to fill out Column 2.**

*Column 1:* **Your codebtor**                                    *Column 2:* **The creditor to whom you owe the debt**

                                                                Check all schedules that apply:

| 3.1 | **Lofton, Linda** | | |
|-----|-------------------|---|---|
|     | Name | | |

**6 North Hamlin Avenue**
Number      Street
**Apt. 1008**

**Chicago**                          **IL**      **60624**
City                            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.30**
☐ Schedule G, line _____
**Sinai Medical Group**

| 3.2 | **Lofton, Linda** | | |
|-----|-------------------|---|---|
|     | Name | | |

**6 North Hamlin Avenue**
Number      Street
**Apt. 1008**

**Chicago**                          **IL**      **60624**
City                            State    ZIP Code

☐ Schedule D, line _____
☑ Schedule E/F, line    **4.32**
☐ Schedule G, line _____
**Stroger Hospital Cook County**

**Fill in this information to identify your case:**

Debtor 1    **James**            **P.**              **Lofton, Jr.**
            First Name          Middle Name         Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD / YYYY

Official Form 106I

# Schedule I: Your Income

12/15

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1:    Describe Employment

| | | Debtor 1 | Debtor 2 or non-filing spouse |
|---|---|---|---|
| **1.** | **Fill in your employment information.** | | |
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** ☑ Employed ☐ Not employed | ☑ Employed ☐ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** **Custodian** | **Home Healthcare Provider** |
| | | **Employer's name** **Oakton Community College** | **1099 Contractor/Self-Employed** |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** **1600 East Golf Road** Number  Street | Number  Street |
| | | **Des Plaines**        **IL**    **60016** City        State  Zip Code | City        State  Zip Code |
| | | **How long employed there?** **7 Years** | |

## Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| **2.** | List monthly gross wages, salary, and commissions (before all payroll deductions). If not paid monthly, calculate what the monthly wage would be. | 2. | **$3,134.99** | **$0.00** |
| **3.** | Estimate and list monthly overtime pay. | 3. + | **$0.00** | **$0.00** |
| **4.** | Calculate gross income. Add line 2 + line 3. | 4. | **$3,134.99** | **$0.00** |

Debtor 1    **James P. Lofton, Jr.**                                Case number (if known) _____

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| | Copy line 4 here ......................................................... → 4. | **$3,134.99** | **$0.00** |

**5.** List all payroll deductions:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 5a. | Tax, Medicare, and Social Security deductions | 5a. | **$359.33** | **$0.00** |
| | 5b. | Mandatory contributions for retirement plans | 5b. | **$252.05** | **$0.00** |
| | 5c. | Voluntary contributions for retirement plans | 5c. | **$108.33** | **$0.00** |
| | 5d. | Required repayments of retirement fund loans | 5d. | **$0.00** | **$0.00** |
| | 5e. | Insurance | 5e. | **$350.33** | **$0.00** |
| | 5f. | Domestic support obligations | 5f. | **$0.00** | **$0.00** |
| | 5g. | Union dues | 5g. | **$41.12** | **$0.00** |
| | 5h. | Other deductions. Specify: _____ | 5h. + | **$0.00** | **$0.00** |

**6.** **Add the payroll deductions.**   Add lines 5a + 5b + 5c + 5d + 5e + 5f + 5g + 5h.   6.   **$1,111.16**   **$0.00**

**7.** **Calculate total monthly take-home pay.**   Subtract line 6 from line 4.   7.   **$2,023.83**   **$0.00**

**8.** List all other income regularly received:

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 8a. | Net income from rental property and from operating a business, profession, or farm | 8a. | **$0.00** | **$0.00** |

Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 8b. | Interest and dividends | 8b. | **$0.00** | **$0.00** |
| | 8c. | Family support payments that you, a non-filing spouse, or a dependent regularly receive | 8c. | **$0.00** | **$0.00** |

Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | 8d. | Unemployment compensation | 8d. | **$0.00** | **$0.00** |
| | 8e. | Social Security | 8e. | **$0.00** | **$0.00** |
| | 8f. | Other government assistance that you regularly receive | | | |

Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies.

| | | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|---|
| | | Specify: _____ | 8f. | **$0.00** | **$0.00** |
| | 8g. | Pension or retirement income | 8g. | **$0.00** | **$0.00** |
| | 8h. | Other monthly income. Specify: --- | 8h. + | **$0.00** | **$1,200.00** |

**9.** **Add all other income.**   Add lines 8a + 8b + 8c + 8d + 8e + 8f + 8g + 8h.   9.   **$0.00**   **$1,200.00**

**10.** **Calculate monthly income.**   Add line 7 + line 9.
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.   10.   **$2,023.83** + **$1,200.00** = **$3,223.83**

**11.** **State all other regular contributions to the expenses that you list in Schedule J.**
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.

Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in Schedule J.

Specify: _____   11. +   **$0.00**

**12.** **Add the amount in the last column of line 10 to the amount in line 11.**  The result is the combined monthly income.  Write that amount on the Summary of Your Assets and Liabilities and Certain Statistical Information, if it applies.   12.   **$3,223.83**

**Combined monthly income**

**13.** **Do you expect an increase or decrease within the year after you file this form?**

☑ No.     **None.**
☐ Yes. Explain:

**Fill in this information to identify your case:**

Debtor 1      **James**          **P.**          **Lofton, Jr.**
              First Name          Middle Name          Last Name

Debtor 2
(Spouse, if filing)    First Name          Middle Name          Last Name

United States Bankruptcy Court for the:    **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition
   chapter 13 expenses as of the
   following date:

_____
MM / DD / YYYY

Official Form 106J

## Schedule J: Your Expenses                                                      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying
correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your
name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

    ☑ No. Go to line 2.
    ☐ Yes. **Does Debtor 2 live in a separate household?**

        ☐ No
        ☐ Yes. Debtor 2 must file Official Form 106J-2, Expenses for Separate Household of Debtor 2.

2.  **Do you have dependents?**        ☑ No

    Do not list Debtor 1 and          ☐ Yes. Fill out this information
    Debtor 2.                              for each dependent...............

    Do not state the dependents'
    names.

| Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |
| _____ | _____ | ☐ No  ☐ Yes |

3.  **Do your expenses include
    expenses of people other than
    yourself and your dependents?**        ☑ No
                                           ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case
to report expenses as of a date after the bankruptcy is filed. If this is a supplemental Schedule J, check the box at the top of
the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of
such assistance and have included it on Schedule I: Your Income (Official Form 106I.)

Your expenses

4.  **The rental or home ownership expenses for your residence.**        4.          **$1,500.00**
    Include first mortgage payments and any rent for the ground or lot.

    If not included in line 4:

    4a.  Real estate taxes                                              4a.  _____

    4b.  Property, homeowner's, or renter's insurance                  4b.  _____

    4c.  Home maintenance, repair, and upkeep expenses                 4c.  _____

    4d.  Homeowner's association or condominium dues                   4d.  _____

Debtor 1  **James P. Lofton, Jr.** _____     Case number (if known) _____

**Your expenses**

| | | | |
|---|---|---|---|
| 5. | **Additional mortgage payments for your residence,** such as home equity loans | 5. | _____ |
| 6. | **Utilities:** | | |
| | 6a.  Electricity, heat, natural gas | 6a. | **$275.00** |
| | 6b.  Water, sewer, garbage collection | 6b. | _____ |
| | 6c.  Telephone, cell phone, Internet, satellite, and cable services | 6c. | **$225.00** |
| | 6d.  Other.  Specify: _____ | 6d. | _____ |
| 7. | **Food and housekeeping supplies** | 7. | **$500.00** |
| 8. | **Childcare and children's education costs** | 8. | _____ |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | **$125.00** |
| 10. | **Personal care products and services** | 10. | **$100.00** |
| 11. | **Medical and dental expenses** | 11. | **$200.00** |
| 12. | **Transportation.**  Include gas, maintenance, bus or train fare.  Do not include car payments. | 12. | **$250.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | **$25.00** |
| 14. | **Charitable contributions and religious donations** | 14. | _____ |
| 15. | **Insurance.** | | |
| | Do not include insurance deducted from your pay or included in lines 4 or 20. | | |
| | 15a.  Life insurance | 15a. | _____ |
| | 15b.  Health insurance | 15b. | _____ |
| | 15c.  Vehicle insurance | 15c. | _____ |
| | 15d.  Other insurance.  Specify: _____ | 15d. | _____ |
| 16. | **Taxes.**    Do not include taxes deducted from your pay or included in lines 4 or 20. Specify: _____ | 16. | _____ |
| 17. | **Installment or lease payments:** | | |
| | 17a.  Car payments for Vehicle 1 | 17a. | _____ |
| | 17b.  Car payments for Vehicle 2 | 17b. | _____ |
| | 17c.  Other.  Specify: _____ | 17c. | _____ |
| | 17d.  Other.  Specify: _____ | 17d. | _____ |
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, Schedule I, Your Income (Official Form 106I).** | 18. | _____ |
| 19. | **Other payments you make to support others who do not live with you.** Specify: _____ | 19. | _____ |

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

**20. Other real property expenses not included in lines 4 or 5 of this form or on Schedule I: Your Income.**

    20a.  Mortgages on other property         20a.  _____

    20b.  Real estate taxes         20b.  _____

    20c.  Property, homeowner's, or renter's insurance         20c.  _____

    20d.  Maintenance, repair, and upkeep expenses         20d.  _____

    20e.  Homeowner's association or condominium dues         20e.  _____

**21. Other.** Specify: _____    21.  +_____

**22. Calculate your monthly expenses.**

    22a.  Add lines 4 through 21.         22a.  **$3,200.00**

    22b.  Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2.         22b.  _____

    22c.  Add line 22a and 22b. The result is your monthly expenses.         22c.  **$3,200.00**

**23. Calculate your monthly net income.**

    23a.  Copy line 12 (your combined monthly income) from Schedule I.         23a.  **$3,223.83**

    23b.  Copy your monthly expenses from line 22c above.         23b.  −**$3,200.00**

    23c.  Subtract your monthly expenses from your monthly income.
The result is your monthly net income.         23c.  **$23.83**

**24. Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☑ No.

☐ Yes. Explain here:
**None.**

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **P.** | **Lofton, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 106Dec

## Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person _____ Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X **/s/ James P. Lofton, Jr.**                     X _____
  James P. Lofton, Jr., Debtor 1                       Signature of Debtor 2

  Date **05/01/2018**                                       Date _____
       MM / DD / YYYY                                              MM / DD / YYYY

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **James** | **P.** | **Lofton, Jr.** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known) _____

☐ Check if this is an
amended filing

Official Form 107

# Statement of Financial Affairs for Individuals Filing for Bankruptcy          04/16

Be as complete and accurate as possible.  If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form.  On the top of any additional pages, write your name and case number (if known).  Answer every question.

## Part 1:     Give Details About Your Marital Status and Where You Lived Before

1. **What is your current marital status?**
   - ☑ Married
   - ☐ Not married

2. **During the last 3 years, have you lived anywhere other than where you live now?**
   - ☑ No
   - ☐ Yes.  List all of the places you lived in the last 3 years.  Do not include where you live now.

3. **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?**
   *(Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)
   - ☑ No
   - ☐ Yes.  Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

Debtor 1    **James P. Lofton, Jr.**_____    Case number (if known)_____

| Part 2: | Explain the Sources of Your Income |
|---|---|

**4.**   **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

☐ No
☑ Yes.  Fill in the details.

| | Debtor 1 | | Debtor 2 | |
|---|---|---|---|---|
| | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions | **Sources of income**<br>Check all that apply. | **Gross income**<br>(before deductions<br>and exclusions |
| **From January 1 of the current year until the date you filed for bankruptcy:** | ☑ Wages, commissions,<br>bonuses, tips | $12,833.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the last calendar year:**<br><br>(January 1 to December 31, __2017__ )<br>                                          YYYY | ☑ Wages, commissions,<br>bonuses, tips | $34,786.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |
| **For the calendar year before that:**<br><br>(January 1 to December 31, __2016__ )<br>                                          YYYY | ☑ Wages, commissions,<br>bonuses, tips | $27,202.00 | ☐ Wages, commissions,<br>bonuses, tips | |
| | ☐ Operating a business | | ☐ Operating a business | |

**5.**   **Did you receive any other income during this year or the two previous calendar years?**
Include income regardless of whether that income is taxable.  Examples of other income are alimony; child support; Social Security; unemployment; and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings.  If you are in a joint case and you have income that you received together, list it only once under Debtor 1.

List each source and the gross income from each source separately.  Do not include income that you listed in line 4.

☑ No
☐ Yes.  Fill in the details.

Debtor 1      **James P. Lofton, Jr.**                                   Case number (if known) _____

| Part 3: | List Certain Payments You Made Before You Filed for Bankruptcy |
|---|---|

6.  **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**

☐ No.  **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.**  *Consumer debts* are defined in 11 U.S.C. § 101(8) as
"incurred by an individual primarily for a personal, family, or household purpose."

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $6,425* or more?

☐ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $6,425* or more in one or more payments and the
total amount you paid that creditor.  Do not include payments for domestic support obligations, such as
child support and alimony.  Also, do not include payments to an attorney for this bankruptcy case.

\* Subject to adjustment on 4/01/19 and every 3 years after that for cases filed on or after the date of adjustment.

☑ Yes.  **Debtor 1 or Debtor 2 or both have primarily consumer debts.**

During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

☑ No. Go to line 7.

☐ Yes.  List below each creditor to whom you paid a total of $600 or more and the total amount you paid that
creditor.  Do not include payments for domestic support obligations, such as child support and alimony.
Also, do not include payments to an attorney for this bankruptcy case.

7.  **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
*Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner;
corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing
agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Include payments for domestic support obligations
such as child support and alimony.

☑ No
☐ Yes.  List all payments to an insider.

8.  **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that
benefited an insider?**
Include payments on debts guaranteed or cosigned by an insider.

☑ No
☐ Yes.  List all payments that benefited an insider.

Debtor 1    **James P. Lofton, Jr.** _____    Case number (if known) _____

---

| **Part 4:** | **Identify Legal Actions, Repossessions, and Foreclosures** |

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ☑ No
   ☐ Yes.  Fill in the details.

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
    Check all that apply and fill in the details below.

    ☑ No.  Go to line 11.
    ☐ Yes.  Fill in the information below.

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**

    ☑ No
    ☐ Yes.  Fill in the details.

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**

    ☑ No
    ☐ Yes

---

| **Part 5:** | **List Certain Gifts and Contributions** |

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**

    ☑ No
    ☐ Yes. Fill in the details for each gift.

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**

    ☑ No
    ☐ Yes.  Fill in the details for each gift or contribution.

---

| **Part 6:** | **List Certain Losses** |

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

    ☑ No
    ☐ Yes.  Fill in the details.

---

Debtor 1    **James P. Lofton, Jr.** _____    Case number (if known) _____

| **Part 7:** | **List Certain Payments or Transfers** |

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**

    Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required for your bankruptcy.

    ☐ No
    ☑ Yes. Fill in the details.

| | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Office of Roland Schlosser** | **Debtor paid $1500 for attorneys fees and $335 for filing Fees.** | | |
| Person Who Was Paid | | | |
| **53 West Jackson Boulevard** | | _____ | _____ |
| Number    Street | | | |
| **Suite 1242** | | _____ | _____ |
| | | | |
| **Chicago**        **IL**    **60604** | | | |
| City                State    ZIP Code | | | |
| | | | |
| _____ | | | |
| Email or website address | | | |
| | | | |
| _____ | | | |
| Person Who Made the Payment, if Not You | | | |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**

    Do not include any payment or transfer that you listed on line 16.

    ☑ No
    ☐ Yes. Fill in the details.

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**

    Include both outright transfers and transfers made as security (such as granting of a security interest or mortgage on your property).
    Do not include gifts and transfers that you have already listed on this statement.

    ☑ No
    ☐ Yes. Fill in the details.

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?**    (These are often called asset-protection devices.)

    ☑ No
    ☐ Yes. Fill in the details.

Debtor 1    **James P. Lofton, Jr.**                                    Case number (if known) _____

## Part 8:    List Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**

    Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

    ☑ No
    ☐ Yes.  Fill in the details.

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

    ☑ No
    ☐ Yes.  Fill in the details.

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

    ☑ No
    ☐ Yes.  Fill in the details.

## Part 9:    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns?  Include any property you borrowed from, are storing for, or hold in trust for someone.**

    ☑ No
    ☐ Yes.  Fill in the details.

## Part 10:    Give Details About Environmental Information

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substance, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.

- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.

- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar item.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24. **Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?**

    ☑ No
    ☐ Yes.  Fill in the details.

Debtor 1   **James P. Lofton, Jr.**_____   Case number (if known) _____

**25. Have you notified any governmental unit of any release of hazardous material?**

☑ No
☐ Yes. Fill in the details.

**26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☑ No
☐ Yes. Fill in the details.

| **Part 11:** | **Give Details About Your Business or Connections to Any Business** |

**27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?**

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

**28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

☐ No
☐ Yes. Fill in the details below.

| **Part 12:** | **Sign Below** |

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X **/s/ James P. Lofton, Jr.**_____   X _____
James P. Lofton, Jr., Debtor 1              Signature of Debtor 2

Date   **05/01/2018**_____            Date _____

**Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?**

☑ No
☐ Yes

**Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?**

☑ No
☐ Yes. Name of person _____   Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Advance Psychiatry and Counseling
1 Tiffany Pointe
Bloomingdale, IL 60108


Advanced Radiology Consultants
520 East 22nd Street
Lombard, IL 60148


Advocate Christ Medical Center
Box 4256
Carol Stream, IL 60197-4256


Affiliated Radiologists, S.C.
Debt 4104
Carol Stream, IL  60122-4104


AFNI, Inc.
P.O. Box 3517
Bloomington, IN 61702-3517


Allied Interstate, LLC
3000 Corporate Exchange Drive
Columbus, OH 43231


Allstate insurance Co.
Box 55156
Boston, MA  02205-5156


Asset Acceptance
Box 1630
Warren, MI 48090


Bruce K. Shapiro, Esq.
555 North Skokie Boulevard
Suite 595
Northbrook, IL 60062

CEP America Illinois LLP
1425 North Randall Road
Elgin, IL 60123


Circuit Court of Cook County
First Municipal District, Traffic Divisi
50 West Washington, Room 1001
Chicago, IL 60602


City Of Chicago
Dept. Of Revenue
121 North LaSalle Street, Room 107A
Chicago, IL  60602


City of Chicago
Emergency Medical Services
33589 Treasury Center
Chicago, IL  60694-3500


Collection Systems, Inc.
Suite 6
8 South Michigan Avenue
Chicago, IL 60603


Comcast
P.O. Box 3001
Southeastern, PA 19398-3001


Consumers Cooperative CU
Box 503
Mundelein, IL 60060


Dental Experts, LLC
4039 West North Avenue
Chicago, IL 60639


EOS CCA
700 Longwater Drive
Norwell, MA 02061

Gateway Foundation Inc.
600 West Lincoln
Caseyville, IL 62232

Great Lakes Specialty Finance
800 North Kedzie Avenue
Chicago, IL 60651

Harris & Harris, LTD.
111 West Jackson Boulevard
Suite 400
Chicago, IL 60604

Illinois Department of Employment Securi
Benefit Repayments
2854 Network Place
Chicago, IL 60673

Illinois Department of Revenue
Bankruptcy Section
P.O. Box 64338
Chicago IL 60664-0338

Internal Revenue Service
Department of the Treasury
P.O. Box 7346
Philadelphia, PA 19101-7346

Kansas Counselor, Inc.
8725 Rosehill Road South
Lenexa, KS 66215

Keynote Consulting
220 W Campus Drive
Suite 102
Arlington Heights, IL 60004

Linda Lofton
6 North Hamlin Avenue
Apt. 1008
Chicago, IL 60624

Linebarger Goggan Blair & Sampson, LLP
Box 06152
Chicago, IL 60606-0152


Lou Harris Company
613 Academy Drive
Northbrook, IL 60062


LVNV Funding, LLC
Box 10587
Greenville, SC 29603-0587


Medical Business Bureau, LLC
Box 1219
Park Ridge, IL 60068-7219


Merchants Credit Guide
223 West Jackson Boulevard
Suite 700
Chicago, IL 60606


Midwest Diagnostic Pathology, S.C.
Suite 3070
75 Remittance Drive
Chicago, IL 60675


Midwest Imaging Professionals
Box 371863
Pittsburgh, PA 15250


National Credit Solutions
Box 15779
Oklahoma City, OK 73155


Nationwide Credit & Collection
C/O Evergreen Bank Group
Box 3219
Oak Brook, IL 60522

Norwegian American Hospital
Box 231782
1782 Momentum Place
Chicago, IL 60689


Payday Loan Store
2nd Floor
800 Jorie Boulevard
Oak Brook, IL  60523


Preferred Service Credit Union
1212 West Northwest Highway
Palatine, IL 60067


Rush University Medical Center
P.O. Box 4175
Carol Stream, IL  60197-4175


Sinai Medical Group
3537 Paysphere Circle
Chicago, IL 60674-0035


Stroger Hospital Cook County
1969 Ogden Avenue
Chicago, IL 60612


Sue Thomas
Box 131
Oak Park, IL 60304


Unifund CCR, LLC
C/O Resurgence Legal Group, LLC
1161 Lake Cook Road
Suite E
Deerfield, IL 60015

University of Chicago Medicine
15965 Collections Center Drive
Chicago, IL  60693-0159

US Bank
425 Walnut Street
Cincinnati, OH 45202


Village of Schaumburg
1000 West Schaumburg Road
Schaumburg, IL 60194


Zurich Insurance
Box 542003
13810 First National Bank Parkway
Omaha, NE 68154

| Debtor 1 | James P. Lofton, Jr. | | Case number (if known) | |
|---|---|---|---|---|

---

## Part 7:   Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _____          X _____
     James P. Lofton, Jr., Debtor 1                              Signature of Debtor 2

     Executed on  04/22/2018                              Executed on _____
                       MM / DD / YYYY                                          MM / DD / YYYY

| Fill in this information to identify your case: |
|---|

| Debtor 1 | **James** | **P.** | **Lofton, Jr.** |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

United States Bankruptcy Court for the: **NORTHERN DISTRICT OF ILLINOIS**

Case number
(if known)

☐ Check if this is an
amended filing

## Official Form 106Dec
## Declaration About an Individual Debtor's Schedules                    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes.  Name of person _____     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

X _James Lofton_                              X _____
James P. Lofton, Jr., Debtor 1                  Signature of Debtor 2

Date 04/24/2018                                Date _____
     MM / DD / YYYY                                 MM / DD / YYYY

Debtor 1    **James P. Lofton, Jr.**                                   Case number (if known) _____

25. Have you notified any governmental unit of any release of hazardous material?

☑ No
☐ Yes. Fill in the details.

26. Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

☑ No
☐ Yes. Fill in the details.

## Part 11:    Give Details About Your Business or Connections to Any Business

27. Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time
☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)
☐ A partner in a partnership
☐ An officer, director, or managing executive of a corporation
☐ An owner of at least 5% of the voting or equity securities of a corporation

☑ No. None of the above applies. Go to Part 12.
☐ Yes. Check all that apply above and fill in the details below for each business.

28. Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.

☐ No
☐ Yes. Fill in the details below.

## Part 12:    Sign Below

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X _James Lofton_                         X _____
James P. Lofton, Jr., Debtor 1              Signature of Debtor 2

Date 04/22/2018                           Date _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

☑ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____    Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).